LAW OFFICES OF
## FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/24

September 18, 2024

BY ECF
Hon. Kimba M. Wood
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Jose Rivera
20 Cr. 0199 (KMW)

Dear Judge Wood:

As you are aware, I represent Jose Rivera, a defendant in the above matter. I am writing to respectfully request that the Court issue an order directing Pretrial Services to return Mr. Rivera's passport to him.  ] Granted

On December 7, 2022, Your Honor sentenced Mr. Rivera to, principally, a term of imprisonment of 36 months to be followed by 3 years of supervised release. Mr. Rivera has completed his term of imprisonment and, as of August 22, 2024, has been on supervised release. Because prospective employers have been asking that he provide proof of citizenship to them, he needs the passport at this time.

Thank you for your consideration.

Very truly yours,

Frederick L. Sosinsky

FLS: bms

SO ORDERED: N.Y., N.Y. 9/19/24

KIMBA M. WOOD
U.S.D.J.